STATE OF NEW JERSEY v. EDWIN B. BORISON.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. HOZINE MCCRAY.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN HUNTINGTON.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ADOLPH J. WRIGHT.

January 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. AGRIPPI ROYAL.

January 28, 1987.

Petition for certification denied.